Lynnda A. McGlinn (SBN 161756)
*mcglinn.lynnda@dorsey.com*
**DORSEY & WHITNEY LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA  92626-7655
Telephone:  (714) 800-1400

Michael Galen (Counsel Appearing *Pro Hac Vice*)
*galen.michael@dorsey.com*
Madison Burr (Counsel Appearing *Pro Hac Vice*)
*burr.madison@dorsey.com*
**DORSEY & WHITNEY LLP**
2325 E. Camelback Road, Suite 900
Phoenix, AZ  85016-9074
Telephone:  (602) 735-2700

*Attorneys for Plaintiff*
APPLIED BIOLOGICS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED BIOLOGICS LLC, a South Dakota limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>ANZA WELLNESS AND RECOVERY, a California corporation; and CALEB REID, an individual,<br><br>    Defendants. | CASE NO.: **5:25-cv-02758-DSF (SSCx)**<br><br>Assigned to:<br>Judge Dale S. Fischer<br>Ctrm. 7D, 7th Fl.<br><br>Referred to:<br>Magistrate Judge Stephanie S. Christensen<br>Ctrm. 790, 7th Fl.<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS**<br><br>**HEARING**<br>**Date:** **June 8, 2026**<br>**Time:** **1:30 p.m.**<br>**Courtroom:** **7D**<br><br>Action Filed:  October 17, 2025<br>Trial Date:  None Set |

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST
DEFENDANTS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 8, 2026 at 1:30 pm. or as soon thereafter as this matter may be heard in the First Street U.S. Courthouse, Los Angeles Courtroom 7D, 7th Floor, located at 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, Plaintiff Applied Biologics LLC ("Plaintiff"), through its attorneys of record, will and hereby does move under Federal Rule of Civil Procedure 55(b)(1) for entry of default judgment against Defendants Caleb Reid ("Dr. Reid") and Anza Wellness and Recovery ("Anza") on all causes of action in the Complaint. *See* Dkt. No. 1. The Clerk entered Dr. Reid's default on January 13, 2026. *See* Dkt. No. 19. The Clerk entered Anza's default on April 22, 2026. *See* Dkt. No. 32. Plaintiff now seeks judgment on liability based on a sum certain, comprised of monetary damages and Plaintiff's costs pursuant to California Code of Civil Procedure § 1032, and further respectfully requests the Clerk enter default judgment against Dr. Reid and Anza based on the concurrently filed evidentiary submissions.

This Motion is based on this Notice and Motion, the concurrently filed Memorandum of Points and Authorities, Declaration of Maddie Furbee, Declaration of Madison A. Burr, the Clerk's entries of default, the Complaint, the complete files and records in this action, and any further evidence and oral argument which may be presented at the hearing on this matter.

DATED: May 5, 2026

**DORSEY & WHITNEY LLP**

By: */s/Michael Galen* _____
Lynnda A. McGlinn
Michael Galen
(Counsel Appearing *Pro Hac Vice*)
Madison Burr
(Counsel Appearing *Pro Hac Vice*)

*Attorneys for Plaintiff*
APPLIED BIOLOGICS LLC

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS

## CERTIFICATE OF SERVICE

### United States District Court - Central District of California
*Applied Biologics LLC v. Anza Wellness and Recovery, et al.*
**Case No.:  5:25-cv-02758-DSF (SSCx)**

I am employed in the City of Phoenix, County of Maricopa, State of Arizona. I am over the age of eighteen years and not a party to the within entitled action. My business address is 2325 E. Camelback Road, Suite 900, Phoenix, Arizona 85016. I served the document(s) described below on all parties) listed below:

**DOCUMENT(S) SERVED:    PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS**

**SERVED UPON:    CALEB REID
15150 W. PARK PL. #2031
GOODYEAR, AZ 85395
Email: caleb.m.reid254@gmail.com**

**ANZA WELLNESS AND RECOVERY
15150 W. PARK PL. #2031
GOODYEAR, AZ 85395**

☒    **VIA ELECTRONIC MAILING SERVICE:** Pursuant to Code Civ. Proc. § 1010.6 and Cal. Rules of Court, Rule 2.251(c), my electronic business address is lonon.sandy@dorsey.com and I caused such document(s) to be electronically served to the interested parties at the email address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmissions were unsuccessful.

☒    **VIA U.S. MAIL:** I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing. Said practice being that in the ordinary course of business, mail is deposited with the United States Postal Service the same day as it is placed for collection. I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Phoenix, Arizona.

☒    **FEDERAL:** I declare under penalty of perjury under the laws of the State of California and the United States that I am employed in the office of a member of the bar of this court, at whose direction this service was made, and that the foregoing is true and correct.

Executed on May 5, 2026, at Phoenix, Arizona.

| Sandra Lonon | */s/ Sandra Lonon* |
|---|---|
| (Type or Print Name) | (Signature) |

CERTIFICATE OF SERVICE