# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

APPLIED BIOLOGICS LLC,
 Plaintiff,

   v.

ANZA WELLNESS AND
RECOVERY, et al.,
 Defendants.

5:25-cv-02758-DSF-SSCx

Order re Motion for Default
Judgment

Plaintiff's motion for default judgment set for hearing on June 8, 2026, is removed from the Court's calendar.  As acknowledged by Plaintiff, the motion requests entry of judgment for a sum certain. Given this, the Clerk is authorized to enter judgment without the Court's intervention.  Fed. R. Civ. P. 55(b)(1).  Therefore, the matter is referred to the Clerk for entry of judgment.  Plaintiff is ordered to file a proposed judgment no later than May 22, 2026.

  IT IS SO ORDERED.

Date: May 20, 2026

_____
Dale S. Fischer
United States District Judge