Lynnda A. McGlinn (SBN 161756)
*mcglinn.lynnda@dorsey.com*
**DORSEY & WHITNEY LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA  92626-7655
Telephone:   (714) 800-1400

Michael Galen (Counsel Appearing *Pro Hac Vice*)
*galen.michael@dorsey.com*
Madison Burr (Counsel Appearing *Pro Hac Vice*)
*burr.madison@dorsey.com*
**DORSEY & WHITNEY LLP**
2325 E. Camelback Road, Suite 900
Phoenix, AZ  85016-9074
Telephone:   (602) 735-2700

*Attorneys for Plaintiff*
APPLIED BIOLOGICS LLC

JS-6

**FILED**
**CLERK, U.S. DISTRICT COURT**

6/8/2026

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____jl_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED BIOLOGICS LLC, a South Dakota limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>ANZA WELLNESS AND RECOVERY, a California corporation; and CALEB REID, an individual,<br><br>                    Defendants. | CASE NO.: **5:25-cv-02758-DSF (SSCx)**<br><br>Assigned to:<br>Judge Dale S. Fischer<br>Ctrm. 7D, 7th Fl.<br><br>Referred to:<br>Magistrate Judge Stephanie S. Christensen<br>Ctrm. 790, 7th Fl.<br><br>**DEFAULT JUDGMENT** BY CLERK<br><br>Action Filed:     October 17, 2025<br>Trial Date:       None Set |

Upon review and consideration of Plaintiff Applied Biologics LLC's ("Plaintiff") Notice of Motion and Motion for Entry of Default Judgment Against Defendants Caleb Reid ("Dr. Reid") and Anza Wellness and Recovery ("Anza") (collectively, "Defendants") and the supporting documents thereto [Dkt. 33; 33-1-10], it appears that judgment by default should be entered against Defendants based on the following:

1.      Defendants have not appeared in this action.

2.      On January 13, 2026, the Clerk entered default against Dr. Reid.

3.      On April 22, 2026, the Clerk entered default against Anza.

4.      The amount claimed by Plaintiff is a sum certain.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Plaintiff against Defendants, jointly and severally, as follows:

A.      Awarding Plaintiff damages in the principal amount of $680,943.80; and

B.      Awarding Plaintiff its costs pursuant to California Code of Civil Procedure § 1032 in the amount of $3,271.95.

**IT IS FURTHER ORDERED** that there are no further matters pending between Plaintiff and Defendants, and that this Judgment is entered pursuant to Rule 54, Federal Rules of Civil Procedure.

DATED this __8__ day of _____June_____, 2026.

/s/_____*Jennylam*_____
CLERK OF COURT

---

DEFAULT JUDGMENT